UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

CIVIL ACTION NO. 06-CV-121-GFVT

MICHAEL R. ADAMS                                           PETITIONER

VS:                   **MEMORANDUM OPINION AND ORDER**

KNOTT CIRCUIT COURT                            RESPONDENT

\*\*    \*\*    \*\*    \*\*    \*\*

Michael R. Adams, a pretrial detainee at the Knox County Jail, filed this habeas proceeding on June 9, 2006 [Record No. 1], but did not pay the $5.00 district court filing fee or file an application to proceed *in forma pauperis*. In a Deficiency Order dated July 12, 2006 [Record No. 4], the Court advised him of this omission and of his failure to demonstrate exhaustion of his administrative remedies; provided him with the forms and information needed to cure the deficiencies; granted him thirty (30) days in which to do so; and warned that his failure to cure the deficiencies within that time frame could result in dismissal of his complaint. More than thirty days have passed, and the would-be petitioner has not responded in any way. The time allowed for compliance with the Deficiency Order has expired without the appropriate actions being taken or a motion for extension of time to do so having been filed.

Accordingly, the Court being advised, **IT IS ORDERED** as follows:

(1) The petitioner's petition for writ of habeas corpus [Record No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for want of prosecution and for failure to comply with an Order of the Court. *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997); *Truitt v. Wayne County*, 148 F.3d 644 (6th Cir. 1998).

    (2)    This is a **FINAL AND APPEALABLE ORDER**.

    (3)    The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. §1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997).

This  18th  day of August, 2006.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge